

FILED

05/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0130



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0130

In Re the Parenting of F.L.F.L.K.,

CHRISTOPHER J. LAMM,

        Petitioner and Appellant,

and

AMANDA R. KINNEY ANDERSON,

        Respondent and Appellee.

GRANT OF MOTION FOR
EXTENSION OF TIME

     Motion for extension of time to file the Appellants Opening Brief in this matter is **GRANTED.** The Appellant is granted an extension until June 23, 2024, within which to prepare, file and serve the Appellant's Opening Brief.

     DATED: May 24, 2024.

**FILED**

MAY 2 4 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

BOWEN GREENWOOD
Clerk of the Supreme Court